Certificate Number: 05781-NYS-DE-031312191

Bankruptcy Case Number: 18-35954


05781-NYS-DE-031312191

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2018, at 11:18 o'clock AM PDT, Kenneth Bond completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of New York.

Date: July 12, 2018

By: /s/Allison M Geving

Name: Allison M Geving

Title: President