**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of New York

| | |
|---|---|
| **In the Matter of**: | }<br>} Case No. 18-35954-cgm |
| Kenneth E. Bond, Jr. | } Chapter 7<br>} |
| **Debtor(s)** | } |

**Proof of Service by Mail**

I, Cristina Kelly, declare that I am a resident of or employed in the County of Putnam State of New York. My address is c/o 18 Fair Street, Carmel, New York 10512. I am over the age of eighteen years of age and am not a party to this case.

On July 27, 2018 I served **the 341 Notice** by placing true and correct copies thereof enclosed in a sealed envelope, first Class Mail with postage prepaid thereon in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addressee(s) as indicated below:

CitiBank
399 Park Avenue
New York, NY 10022
Attn: President

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 27, 2018.

/s/Cristina Kelly
**Cristina Kelly**

Sworn and subscribed to before me this 27th day of July, 2018.

                                               /s/Rebecca Anne Richards
                                               **Rebecca Anne Richards, Esq.**
                                               **Notary Public, State of New York**
                                               **No. 02RI6312484**
                                               **Qualified in Putnam County**
                                               **Commission Expires September 29, 2018**