Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Kenneth E Bond, Jr. | CASE NO.: 18−35954−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−8776 | CHAPTER: 7 |

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Poughkeepsie Courthouse, 355 Main Street, Poughkeepsie, NY 12601

on 10/2/18 at 09:00 AM

to consider and act upon the following:

*11* − Reaffirmation Agreement Between Debtor and JPMorgan Chase Bank, N.A., With Signed Attorney Affidavit Filed by Aleksander Piotr Powietrzynski on behalf of JPMORGAN CHASE BANK, N.A.. (Attachments: # 1 Itemization and Supporting Documentation)(Powietrzynski, Aleksander)

Dated: September 11, 2018

                                                                Vito Genna
                                                                Clerk, U.S. Bankruptcy Court

```
United States Bankruptcy Court
Southern District of New York

In re:                                                              Case No. 18-35954-cgm
Kenneth E Bond, JR                                                  Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0208-4      User: vdecicco           Page 1 of 1         Date Rcvd: Sep 11, 2018
                          Form ID: ntchrgBK        Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db            +Kenneth E Bond, Jr.,    39 Long Fellow Drive,    Carmel, NY 10512-5263
7352430       +ASPIRE CARDHOLDER SERVICES,     PO BOX 105555,    ATLANTA, GA 30348-5555
7352429      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   AAA FINANCIAL SERVICES,      P.O. BOX 15019,    WILMINGTON, DE 19886)
7352434       +CBUSASEARS,    CITICORP CREDIT,    PO BOX 790040,    SAINT LOUIS, MO 63179-0040
7352436       +CITIBANK/BEST BUY,    CENTRALIZED BANKRUPTCY,     PO BOX 790034,    ST LOUIS, MO 63179-0034
7352438       +CITIBANK/SEARS,    CENTRALIZED BANKRUPTCY,    PO BOX 790034,    ST LOUIS, MO 63179-0034
7352437        CITIBANK/SEARS,    CITICORP CREDIT,    PO BOX 490040,    ST. LOUIS, MO 63179
7352439       +CITICARDS,    CITICORP CREDIT,    PO BOX 790040,    SAINT LOUIS, MO 63179-0040
7352440       +STEPHANIE MARRERO-BPND,     39 LONG FELLOW DRIVE,    CARMEL, NY 10512-5263
7352443      ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court:   WELLS FARGO BANK,     ATTN: BANKRUPTCY DEPT,    PO BOX 6429,
                GREENVILLE, SC 29606)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
7352432       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 19:32:35      CAPITAL ONE,
               ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
7352433        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 19:32:35
               CAPITAL ONE RETAIL SERVICES,    PO BOX 71106,    CHARLOTTE, NC 28272-1106
7352435       +E-mail/Text: bk.notifications@jpmchase.com Sep 11 2018 19:30:35      CHASE AUTO FINANCE,
               NATIONAL BANKRUPTCY DEPT,    201 N CENTRAL AVE MS AZ1-1191,     PHOENIX, AZ 85004-1071
7352442       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2018 19:32:28      SYNCB/GOLFSMITH,
               ATTN: BANKRUPTCY,    PO BOX 965060,    ORLANDO, FL 32896-5060
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7352431*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   BANK OF AMERICA,     ATTN: BANKRUPTCY,    PO BOX 982238,
                EL PASO, TX 79998)
7352441*      +STEPHANIE MARRERO-BPND,     39 LONG FELLOW DRIVE,    CARMEL, NY 10512-5263
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
```
              Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Marianne T. O'Toole    trustee@otoolegroup.com,
               NY75@ecfcbis.com;motoole@ecf.epiqsystems.com;N270@ecfcbis.com
              Rick Cowle    on behalf of Debtor Kenneth E Bond, Jr. RCowlelaw@comcast.net,
               rrichards@rcowlelaw.com,cristina@rcowlelaw.com;richardsrr45955@notify.bestcase.com
              United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
                                                                                              TOTAL: 4
```