UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------------X
In re:

Kenneth E Bond, Jr.                       Chapter 7

               Debtor.               Case No.: 18-35954-cgm
-------------------------------------------------------------X

## ORDER APPROVING REAFFIRMATION AGREEMENT

A Reaffirmation Agreement entered into between the Debtor, Kenneth E Bond, Jr., and Secured Creditor, JPMorgan Chase Bank, N.A., regarding the reaffirmation of a Retail Instalment Contract Simple Finance Change for the purchase of a 2007 Hyundai Santa Fe (VIN: 5NMSH73E57H058195) was filed with the Court on August 24, 2018 [Dkt. #11]. On September 11, 2018 a hearing was scheduled on the Reaffirmation Agreement for October 2, 2018 at 9:00 AM [Dkt. #12]. A Notice of Hearing on the Reaffirmation Agreement was mailed to all applicable parties by the Clerk of the US Bankruptcy Court on September 13, 2018 [Dkt. #13]. After a hearing, held on October 2, 2018, the Court finds that the Reaffirmation Agreement is in the best interest of the debtor and meets the requirements of 11 U.S.C. § 524.

**IT IS ORDERED THAT:**

The Reaffirmation Agreement filed in the present matter on August 24, 2018 [Dkt. #11] is **APPROVED**.



**Dated: October 26, 2018**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**